FILED

**NOT FOR PUBLICATION**

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO VALENZUELA CRUZ; et al., | No. 07-73985 |
| Petitioners, | Agency Nos. A079-540-031 |
| | A079-540-032 |
| v. | A079-540-033 |
| | A079-540-034 |
| ERIC H. HOLDER Jr., Attorney General, | |
| Respondent. | MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Antonio Valenzuela Cruz, Maria Guadalupe Teran Ramirez, and two of their

children, natives and citizens of Mexico, petition for review of the Board of

Immigration Appeals' ("BIA") order denying their motion to reopen based on

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The agency did not abuse its discretion in denying petitioners' motion to reopen as untimely because petitioners filed the motion more than three years after the BIA's February 24, 2004, removal order, *see* 8 C.F.R. § 1003.3(c)(2), and petitioners failed to establish that they acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling is available to a petitioner who is prevented from filing due to deception, fraud or error, and exercises due diligence in discovering such circumstances); *cf. Ghahremani v. Gonzales*, 498 F.3d 993, 1000 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**